## Senaway Unemployment Compensation Case.

Argued November 11, 1965. *Robert X. Medonis,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attor-

ney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.